# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLOTTE CAILEY formerly known as CHARLOTTE SMITH, ) ) ) Plaintiff, ) ) vs. ) ) CREDITORS' SERVICE OF INDIANA, INC., ) ) Defendant. ) | No. 1:15-cv-01325-TWP-MJD |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. Counsel for Plaintiff represented that Plaintiff did not intend to object to the Magistrate Judge's Report and Recommendation recommending dismissal. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** and this case is dismissed.

Date: 11/21/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Thomas Steinkamp
JOHN T. STEINKAMP AND ASSOCIATES
steinkamplaw@yahoo.com

Nicholas Ward Levi
KIGHTLINGER & GRAY
nlevi@k-glaw.com

Jennifer Van Dame
KIGHTLINGER & GRAY LLP
jvandame@k-glaw.com